# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0315. MARGARET E. DEVLIN v. KRISTINA MARIE DEVLIN.**

In this custody proceeding, the grandmother, Margaret E. Devlin, filed a notice of appeal on April 6, 2017 from the trial court's March 23, 2017 order awarding OCGA § 9-15-14 attorney fees to the mother, Kristina Marie Devlin n/k/a Kristina Marie Greene. We, however, dismissed the appeal for lack of jurisdiction because such awards must be appealed by application for discretionary review. See OCGA § 5-6-35 (a) (10), (b); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988).

On January 31, 2018, the grandmother, proceeding pro se, filed an application for discretionary appeal of the March 23, 2017 order awarding attorney fees. To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

The grandmother's application for discretionary appeal is untimely because she did not file it until 315 days after the entry of the order she seeks to appeal. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.

In addition, the mother filed a motion for a frivolous appeal penalty, asking this Court to impose a penalty on the grandmother of up to $2,500 pursuant to Court of Appeals Rule 7 (e) (2). The mother argues that the grandmother's application seeks to appeal again the trial court's order on the underlying grandparent visitation matter, which this court affirmed on September 14, 2016 in *Devlin v. Devlin*, 339 Ga. App.

520 (791 SE2d 840) (2016).

Although we find that the grandmother's application is frivolous, we decline to impose sanctions at this time. However, we caution the grandmother that, pursuant to Court of Appeals Rule 7 (e) (2), this Court is empowered to impose sanctions upon a party who files a frivolous appeal. We caution the grandmother against future filings that have no substantial basis in law, as such may result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __02/22/2018__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*